[No. 48653-5-I. Division One. July 22, 2002.]

ANNETTE BELDEN, ET AL., *Appellants*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-2-07458-9, James H. Allendoerfer, J., entered June 12, 2001. *Reversed* by unpublished opinion per Grosse, J., concurred in by Cox, A.C.J., and Kennedy, J.

[No. 48678-1-I. Division One. July 22, 2002.]

THE CITY OF TUKWILA, *Respondent*, v. DEJA VU LYNNWOOD, INC., *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 97-2-06900-9, Robert H. Alsdorf, J., entered May 7 and June 20, 2001. *Affirmed* by unpublished opinion per Agid, J., concurred in by Cox, A.C.J., and Schindler, J.

[No. 48837-6-I. Division One. July 22, 2002.]

THOMAS ODEGARD, ET AL., *Respondents*, v. JERRY GLEN LADSON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-05368-1, Dean Scott Lum, J., entered June 27, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49158-0-I. Division One. July 22, 2002.]

ATLANTIC PACIFIC CORPORATION, *Appellant*, ASSOCIATED EARTH SCIENCES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-08068-7, Linda C. Krese, J., entered July 13, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Coleman, J., concurred in by Baker and Agid, JJ.